UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number:  22-62361-CIV-MARTINEZ-BECERRA

MURIEL BRYAN,

    Plaintiff,

v.

CITY OF DANIA BEACH and
DANIA BEACH COMMUNITY
REDEVELOPMENT AGENCY,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court on the parties' Notice of Settlement, which informs the Court that the parties have reached a settlement in this matter.  (ECF No. 17).  Accordingly, it is **ORDERED AND ADJUDGED** that

1.    The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before June 26, 2023**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.    If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice and without any further warning.

3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 24th day of May, 2023.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record