UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 22-62361-CIV-MARTINEZ**

MURIEL BRYAN,

    Plaintiff,

v.

CITY OF DANIA BEACH and
DANIA BEACH COMMUNITY
REDEVELOPMENT AGENCY,

    Defendants.

_____/

### **FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION**

**THIS MATTER** came before this Court on the Parties' Stipulation for Order of Dismissal of Plaintiff's Claims with Prejudice (the "Stipulation"), (ECF No. 19). This Court has reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of August, 2023.

                                                                      */s/ Jose E. Martinez*
                                                                   JOSE E. MARTINEZ
                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record